**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES TURNTINE and PROMOTIONAL SERVICES, INC., | ) ) ) |
| Plaintiffs, | ) )  No. 4:19-CV-107 RLW |
| v. | ) ) ) |
| CHARLES PETERSON and REDEYE RHINO, LLC, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the parties' Joint Motion to Vacate Order of Referral to Alternative Dispute Resolution ("Motion"; ECF No. 37). The parties state in their Motion that they have communicated and agreed that "mediation has no reasonable chance of being successful." (ECF No. 37, ¶2). The parties, however, have not stated why they believe that mediation would not be productive. Indeed, this case involves a business dispute, which are frequently resolved through mediation. Moreover, the parties have not notified the Court that they have filed for bankruptcy or that they are financially unable to participate in mediation. The Court believes in the value of mediation and notes that many unlikely cases settle through mediation.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Vacate Order of Referral to Alternative Dispute Resolution (ECF No. 37) is **DENIED**. The parties are ordered to participate in good faith in alternative dispute resolution. The parties shall provide their alternative dispute resolution designation of neutral form/conference report no later than **March 9, 2021**.

Dated this 2nd day of March, 2021.

*/s/ Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**