UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TURNTINE and PROMOTIONAL SERVICES, INC., | ) ) ) |
| Plaintiffs, | ) ) No. 4:19-CV-107 RLW |
| v. | ) ) ) |
| CHARLES PETERSON and REDEYE RHINO, LLC, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion for Sanctions or, in the Alternative, an Extension of Time to File the Parties' Alternative Dispute Resolution Designation of Neutral Form/Conference Report ("Motion for Sanctions". ECF No. 41). On March 2, 2021, this Court denied the parties' Joint Motion to Vacate Referral to Alternative Dispute Resolution and ordered the parties to provide their designation of neutral/ADR conference report no later than March 9, 2021. In their Motion for Sanctions, Plaintiffs assert that they repeatedly attempted to contact Defendants regarding a choice of neutral and scheduling a date for mediation, but defense counsel have been unresponsive. Plaintiffs ask the Court to sanction Defendants or to extend the deadline for filing the designation of neutral/ADR conference report.

The Court notes that, on March 8, 2020, the Court appointed Alternative Dispute Resolution Pro Bono Limited Scope Counsel. (ECF No. 40). On March 10, 2021, Counsel for Defendant RedEye Rhino, LLC requested additional time to filing the designation of neutral/ADR conference report to allow Charles Peterson's newly-appointed Alternative Dispute Resolution Pro Bono Limited Scope Counsel an opportunity to participate in selecting the

mediator. (ECF No. 42). Due to this recent appointment, the Court grants the parties an extension until March 18, 2020 to file their designation of neutral/ADR conference report.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Sanctions or, in the Alternative, an Extension of Time to File the Parties' Alternative Dispute Resolution Designation of Neutral Form/Conference Report (ECF No. 41) is **DENIED,** in part, and **GRANTED,** in part. The Court denies Plaintiffs' request for sanction. The Court grants the parties an extension until March 17, 2021 to file their designation of neutral/ADR conference report. The parties shall provide their alternative dispute resolution designation of neutral form/conference report no later than **March 18, 2021**.

Dated this 11th day of March, 2021.

*Ronnie L. White*
**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**